# <u>EXHIBIT A</u>

1  Lincoln D. Bandlow, Esq. (CA #170449)
   Fox Rothschild LLP
2  10250 Constellation Blvd., Suite 900
   Los Angeles, CA 90067
3  Tel.: (310) 598-4150
   Fax: (310) 556-9828
4  lbandlow@foxrothschild.com
   *Attorneys for Plaintiff*

5

6

7

8                **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

   STRIKE 3 HOLDINGS, LLC,                Case Number: 3:18-cv-02715-BEN-BLM
11
                    Plaintiff,            **DECLARATION OF GREG LANSKY IN**
12                                        **SUPPORT OF PLAINTIFF'S *EX-PARTE***
   vs.                                    **APPLICATION FOR LEAVE TO SERVE**
13                                        **A THIRD PARTY SUBPOENA PRIOR TO**
   JOHN DOE subscriber assigned IP address **A RULE 26(f) CONFERENCE**
14 99.178.131.225,
15                   Defendant.
16

17

18

19               [Remainder of page intentionally left blank]
20

21

22

23

24

25

26

27
                                   i
28

Declaration of Greg Lansky in Support of Plaintiff's *Ex-Parte* Application for Leave to Serve Subpoena
Prior to a Rule 26(f) Conference
                                          Case No. 3:18-cv-02715-BEN-BLM
                         **EXHIBIT A**

## DECLARATION OF GREG LANSKY IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE

I, Greg Lansky, do hereby state and declare as follows:

1.      I am a member of General Media Systems, LLC, the parent company that owns Strike 3 Holdings, LLC ("Strike 3"). I am the Chief Creative Officer of the *Blacked, Blacked Raw, Tushy,* and *Vixen* adult brands.

2.      I have personal knowledge of all of the matters contained in this declaration and, if called and sworn as a witness, I can and competently will testify to all matters contained herein. This declaration is made in support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference.

3.      Strike 3 owns the intellectual property to the *Blacked, Blacked Raw, Tushy,* and *Vixen* adult brands, including the copyrights to each of the motion pictures distributed through *Blacked, Blacked Raw, Tushy* and *Vixen* and the trademarks to each of the brand names and logos. Strike 3 is owned entirely by our company General Media Systems, LLC and has existed since 2015.

4.      I moved to the United States in 2006 from Paris, France to pursue my dream of creating art in an adult context. I have always been passionate about photography and cinematography.

5.      It was a difficult start - I could barely speak English, and I had trouble making connections and finding employment. I struggled for several years to make a name for myself as a reliable photographer and director.

6.      Eventually, after tremendous hard work, I was fortunate to be hired by some of the biggest adult brands in the world. Through these experiences, I was able to establish myself and become an expert in the field.

1

---

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

7.    In 2013, I decided to risk everything to create my own company and studio.  As a director, I felt the industry and I were not offering the best quality and experience possible. I felt I was not offering truly inspiring projects for performers to express their art.

8.    At the time, the adult market was demoralized and it appeared that a high-quality, well produced, subscription based website would never succeed.

9.    I can still remember when our company was just three people in my small home office.

10.   We kept growing and after a few years, our brands turned into a multi-million dollar a year business.  We now have 20 million unique visitors to our websites per month and a loyal following.

11.   Our company's philosophies are important.

12.   We always strive to pay artists and models an amount above that being paid by other companies.  Indeed, we are known for paying our performers the highest rates ever recorded.  Empowering the artists and especially the women we work with is at the core of our company.

13.   We focus on delivering to our subscribers and fans superior quality adult films and a wonderful customer experience. People thought we were crazy to think that people wanted to pay for expensive quality adult films and we were told that we were destined to fail. Now, we have a substantial and loyal customer base.

14.   We provide jobs for nearly 75 people worldwide.  We provide good benefits including health care coverage and have an extremely positive company culture.  Our recent new employees include production managers, video editors, marketing specialists, accountants, and HR representatives.

15.   Our movies are known for having the highest production budget of any in the industry. We invest in and utilize state of the art cinematic equipment. We film using

2

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

1    Hollywood industry standards.  And, as our subscriber base grows, we always seek to find ways

2    to invest in value for our customers.

3         16.    Because of this, we have a subscriber base that is one of the largest of any adult

4    sites in the world.

5         17.    We are also currently the number one seller of adult DVDs in the United States.

6         18.    Our content is licensed throughout the world, including by most major cable

7    networks.

8         19.    Our success has not gone unnoticed.  Indeed, we are very proud to state that our

9    unique cinematic films have won many awards.  It's humbling.  Some of them include:

10        o    Best New Studio (XBIZ, 2017)

11        o    Studio of the Year (XBIZ, 2018)

12        o    Best Cinematography (AVN, 2016)

13        o    Director of the Year (AVN, 2016-2017; XBIZ, 2017-2018)

14        o    Best Director – (XRCO, 2016-2017)

15        o    Best Membership Website (AVN, 2016-2017)

16        o    Adult Site of the Year – (XBIZ, 2015-2017)

17        o    Best marketing campaign – company image (AVN, 2016-2017)

18        o    Marketing Campaign of the Year (XBIZ, 2018)

19        o    Greg Lansky - Lifetime Achievement Award (Nightmoves)

20        o    Vignette Series of the Year (XBIZ, 2018)

21

22

23

24

25

26

27                                            3

28    Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule
                                          26(f) Conference

                                          **EXHIBIT A**

20. We also are routinely featured in the mainstream media. Recently, Forbes,[1] The Daily Beast,[2] and CBC Radio[3] have all done substantial profiles on us. We are also currently working on a project with BuzzFeed.

21. We are proud of our impact on the industry. We have raised the bar in the industry - leading more adult studios to invest in better content, higher pay for performers, and to treat each performer like an artist. That is a testament to the entire team, the company we have built and the movies we create.

22. Unfortunately, piracy is a major threat to our company. We can compete in the industry, but we cannot compete when our content is stolen.

23. We have discovered that when we put videos online for paid members to view, it takes as little as four minutes to be downloaded on to torrent websites. We have attempted to identify the initial seeder but have found it impossible with the large volume of our subscriber base.

24. We put a tremendous amount of time, effort and creative energy into producing and distributing valuable content for our paid customers. It crushes us to see it being made available to anyone for free in just minutes.

25. We are undeniably the most pirated adult content in the world. Our movies are typically among the most pirated television shows and movies on major torrent websites.

26. We send on average 50,000 Digital Millennium Copyright Act notices a month but it does virtually nothing to stop the rampant copyright infringement.

---

[1] "How One Pornographer is Trying to Elevate Porn to Art," *Forbes* July 20, 2017 https://www.forbes.com/sites/susannahbreslin/2017/07/20/pornographer-greg-lansky-interview/#2301d3ae6593
[2] "Meet the Man Making Porn Great Again," *The Daily Beast*, February 18, 2017 http://www.thedailybeast.com/meet-the-man-making-porn-great-again
[3] "Porn-o-nomics: How one director is making a fortune by defying conventional wisdom," *CBC Radio*, February 24, 2017 http://www.cbc.ca/radio/day6/episode-326-sanctuary-cities-la-la-land-vs-jazz-hollywood-in-china-porn-o-nomics-and-more-1.3994160/porn-o-nomics-how-one-director-is-making-a-fortune-by-defying-conventional-wisdom-1.3994167

4

---

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

27.   The only effective way to stop the piracy of our movies on BitTorrent networks is to file lawsuits like this one.

28.   We are mindful of the nature of the litigation, and our goal is not to embarrass anyone, or force anyone to settle unwillingly, especially anyone that is innocent.  We are proud of the films we make.  We do not want anyone to be humiliated by them.

29.   Because of this, my company and our legal team strive to only file strong cases against extreme infringers.  Each lawsuit seeks to stop only those infringers who engage in not only illegal downloading, but also in large scale unauthorized distribution of our content.  All defendants pursued in Strike 3 litigation have distributed, at a minimum, at least 15% of Strike 3's entire copyrighted library.

30.   We also do not seek settlements unless initiated by the defendant or his counsel. We do not send demand letters nor make any attempt to contact a defendant prior to service.

31.   We are careful not to proceed with a case against a defendant unless we feel we have a strong case and a good faith basis for doing so.  We will not pursue defendants that provide substantiated exculpatory evidence.  Nor will we pursue defendants that have proven hardships.  Our clear objective is to be mindful and reasonable with each case.

32.   We are a respected entertainment company that makes nearly all of its revenue from sales of subscriptions, DVDs, and licenses.  This litigation is not a business model.  Our goal is to deter piracy and redirect the infringement back into legitimate sales.  Proceeds we receive from settlements go back into making our company whole, including investing in better pay for artists and performers, better quality productions, and creating jobs.

33.   We believe a consumer's choice of what content to enjoy, whether it be adult entertainment or otherwise, is a personal one to that consumer and therefore it is our policy to keep confidential the identity of not only our subscribers, but even those we are pursuing for copyright infringement.  We typically only reveal a defendant's identity if the defendant does

5

**EXHIBIT A**

1 | not request confidentiality or if the Court in a particular action does not allow us to proceed
2 | with the defendant remaining anonymous.

3 |     34.    Our copyrights are the foundation of our livelihood. Our copyrights enable us to
4 | open our office doors each day, pay our employees, make a difference in our community and
5 | create motion pictures that raise the industry standard. We have to protect them.

### DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __19__ day of __JANUARY__, 201_8_.

**GREGORY AOUIZERATE a.k.a GREG LANSKY**

By: _____

6

Declaration of Greg Lansky in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT A**

# **<u>EXHIBIT B</u>**

Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 99.178.131.225, <br><br> Defendant. | Case Number: 3:18-cv-02715-BEN-BLM <br><br> **DECLARATION OF TOBIAS FIESER IN SUPPORT OF PLAINTIFF'S *EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

[Remainder of page intentionally left blank]

i

Declaration of Tobias Fieser in Support of Plaintiff's *Ex-Parte* Application for Leave to Serve Subpoena
Prior to a Rule 26(f) Conference

Case No. 3:18-cv-02715-BEN-BLM

**EXHIBIT B**

## DECLARATION OF TOBIAS FIESER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

I, Tobias Fieser, do hereby state and declare as follows:

1.      My name is Tobias Fieser.  I am over the age of 18 and am otherwise competent to make this declaration.

2.      This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

3.      I am employed by JPP International UG ("IPP"), a German company, in its litigation support department.

4.      IPP provides forensic investigation services to copyright owners including an ability to track, monitor, and detect copyright infringement in an online environment.  Strike 3 Holdings, LLC ("Strike 3") hired IPP to monitor and record online infringement of its movies.

5.      One of the services that IPP provides is that its system monitors the BitTorrent file distribution network for the presence of copyrighted works.  IPP's forensic software identifies Internet Protocol ("IP") addresses that are being used by infringers to distribute copyrighted works within the BitTorrent File Distribution Network.

6.      As part of my employment with IPP, I was assigned the task of overseeing, analyzing, and reviewing the results of this investigation.  I have previously provided the same support for thousands of copyright infringement lawsuits across the United States, and I gave full and complete testimony about the forensic scanning process during the "BitTorrent Bellwether Trial" (*Malibu Media v. John Does*, 12-cv-2078, (E.D. Pa. Jan. 3, 2013)).

7.      After reviewing IPP's forensic activity records, I determined that IPP's forensic servers connected to an electronic device using IP Address 99.178.131.225.   After this connection, Defendant's IP Address of 99.178.131.225 was documented distributing to IPP's servers multiple pieces of Strike 3's copyrighted movies listed on Exhibit A to Strike 3's Complaint.

1

Declaration of Tobias Fieser in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT B**

CASD-1051-SDGO

8.    Each piece was recorded in a PCAP, which stands for "packet capture" and is a forensically sound interface for recording network traffic. The time recorded is quoted in Universal Time which correlates to the assignment logs kept by United States Internet Service Providers (ISPs) tracking which IP Address is assigned to which customer at a given point in time. The infringement appears consistent and on-going.

9.    IPP's software additionally analyzed each BitTorrent "piece" distributed by Defendant's IP Address. It verified that reassembling the pieces using a specialized BitTorrent client results in a fully playable digital movie.

10.    A digital file can be identified by what is called a "Cryptographic Hash Value." This concept was developed by the United States National Security Agency. IPP's software determined that the files being distributed by Defendant's IP Address have a unique identifier of the Cryptographic Hash outlined on Exhibit A.

11.    IPP's software is programmed to only allow it to download files from the BitTorrent Network. It is unable to distribute content. At no point did IPP distribute any part of Strike 3's copyrighted movies at any time.

12.    IPP additionally confirmed through its ancillary worldwide BitTorrent surveillance program that IP address 99.178.131.225 is associated with significant long term BitTorrent use.

## DECLARATION

**PURSUANT TO 28 U.S.C. § 1746,** I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _13th_ day of _November_ , 201 _8_.

**TOBIAS FIESER**

By: _____

2

Declaration of Tobias Fieser in Support of Plaintiff's Motion for Leave to Serve Subpoena Prior to a Rule 26(f) Conference

**EXHIBIT B**

CASD-1051-SDGO

## **<u>EXHIBIT C</u>**

Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 99.178.131.225,<br><br>                Defendant. | Case Number: 3:18-cv-02715-BEN-BLM<br><br>**DECLARATION OF PHILIP PASQUALE IN SUPPORT OF PLAINTIFF'S *EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

[Remainder of page intentionally left blank]

i

**EXHIBIT C**

**DECLARATION OF PHILIP PASQUALE IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

I, Philip Pasquale, do hereby state and declare as follows:

1.      My name is Philip Pasquale.  I am over the age of 18 and I am otherwise competent to make this declaration.

2.      This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

3.      I am a tech advisor with 7 River Systems, LLC a Maryland based cyber security firm specializing in network security, data breaches, and the protection of secured information transmitted across networks.

4.      I have several years of IT experience focused on networking, programming, applications and operating systems.

5.      I specialize in maintaining and repairing network servers for major US banks and financial institutions.  This includes maintaining and repairing network hardware for over 100,000 servers.

6.      I was retained by Strike 3 Holdings, LLC ("Strike 3") to individually analyze and retain forensic evidence captured by IPP International U.G. ("IPP").

7.      I received a PCAP from IPP containing information relating to the transaction occurring on 09/04/2018 23:24:40 UTC involving IP address 99.178.131.225.

8.      I used a program called Wireshark to view the contents of the PCAP.

9.      I was able to confirm that IPP recorded the transaction with 99.178.131.225 at 09/04/2018 23:24:40 UTC.

10.      Based on my experience in similar cases, Defendant's ISP AT&T U-verse is the only entity that can correlate the IP address to its subscriber and identify Defendant as the person assigned the IP address 99.178.131.225 during the time of the alleged infringement.

1

Indeed, a subpoena to an ISP is consistently used by civil plaintiffs and law enforcement to identify a subscriber of an IP address.

### DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th Day of November, 2018.

**PHILIP PASQUALE**

By:

2

**<u>EXHIBIT D</u>**

Lincoln D. Bandlow, Esq. (CA #170449)
Fox Rothschild LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Tel.: (310) 598-4150
Fax: (310) 556-9828
lbandlow@foxrothschild.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:18-cv-02715-BEN-BLM |
| Plaintiff, | **DECLARATION OF SUSAN B. STALZER IN SUPPORT OF PLAINTIFF'S *EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |
| vs. | |
| JOHN DOE subscriber assigned IP address 99.178.131.225, | |
| Defendant. | |

[Remainder of page intentionally left blank]

i

Declaration of Susan B. Stalzer in Support of Plaintiff's *Ex-Parte* Application for Leave to Serve
Subpoena Prior to a Rule 26(f) Conference
Case No. 3:18-cv-02715-BEN-BLM
**EXHIBIT D**

**DECLARATION OF SUSAN B. STALZER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

I, Susan B. Stalzer, do hereby state and declare as follows:

1.      My name is Susan B. Stalzer.  I am over the age of 18 and am otherwise competent to make this declaration.

2.      This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

3.      I work for Strike 3 Holdings, LLC ("Strike 3") and review the content of their motion pictures.

4.      I hold a Bachelor's degree and Master's degree in English from Oakland University.

5.      I have a long history of working in the fine arts, with an emphasis on writing, including having served as an adjunct professor of composition and literature.

6.      I am familiar with Strike 3's plight with online piracy and its determination to protect its copyrights.

7.      I was tasked by Strike 3 with verifying that each infringing file identified as a motion picture owned by Strike 3 on torrent websites was in fact, either identical, strikingly similar or substantially similar to a motion picture in which Strike 3 owns a copyright.

8.      IPP provided me with the infringing motion picture file for each of the file hashes listed on Exhibit A to Strike 3's Complaint.

9.      I viewed each of the unauthorized motion pictures corresponding to the file hashes side by side with Strike 3's motion pictures, as published on the *Blacked*, *Blacked Raw*, *Tushy* and/or *Vixen* websites and enumerated on Exhibit A by their United States Copyright Office identification numbers.

10.     Each digital media file, as identified by the file hash value, is a copy of Strike 3's corresponding motion picture and is identical, strikingly similar or substantially similar to the

1

CASD-1051-SDGO

**EXHIBIT D**

1  original work identified by their United States Copyright Office identification numbers on Exhibit

2  A to the Complaint.

3      11.     Additionally, I used American Registry for Internet Numbers ("ARIN") to confirm

4  that the ISP AT&T U-verse did own Defendant's IP address at the time of the infringements, and

5  hence has the relevant information to identify Doe Defendant.

6                              **DECLARATION**

7      **PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the

8  laws of the United States of America that the foregoing is true and correct.

9      Executed on this _____ day of _____ 201__.

10                          **SUSAN B. STALZER**

11                      By: _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              2

28
Declaration of Susan B. Stalzer in Support of Plaintiff's Motion for Leave to Serve a Third Party
Subpoena Prior to a Rule 26(f) Conference
CASD-1051-SDGO
                              **EXHIBIT D**